# United States District Court
## Northern District of Illinois
### Eastern Division

U.S. Data Corporation                                    **JUDGMENT IN A CIVIL CASE**

        v.                                                                Case Number: 08 C 1092

RealSource, Inc.

■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury's verdict in favor of Defendant RealSource as to Plaintiff U.S. Data Corporation's claim for breach of contract (Count I of the Third Amended Complaint) and in favor of Plaintiff U.S. Data Corporation as to Defendant RealSource, Inc.'s claim for breach of contract (Count I of the Amended Counterclaim).

On November 19, 2012, U.S. Data's Motion for Summary Judgment [178] was granted in part and denied in part as follows: the motion was denied as to Count I of the Third Amended Complaint, denied as to Count I of the Amended Counterclaim, and granted as to Count II of the Amended Counterclaim. Judgment is entered in favor of U.S. Data on Count II of the Amended Counterclaim. The Defendants' Motion for Summary Judgment [181] was granted in part and denied in part as follows: the motion was denied as to Count I of the Third Amended Complaint, granted as to Counts II, IV, and V of the Third Amended Complaint, and denied as to Counts I and II of the Amended Counterclaim. Judgment is entered in favor of all defendants on Counts II and V of the Third Amended Complaint, and in favor of defendants Priority Direct and DS Leads on Count IV of the Third Amended Complaint.

                                        Thomas G. Bruton, Clerk of Court

Date: 9/24/2013                                          _____
                                                       /s/ Katie Franc, Deputy Clerk